COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-293-CV

THE ESTATE OF CLEO BERTON HARPER, DECEASED 

------------

FROM THE 
PROBATE 
COURT OF DENTON COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant Niles Lathan Harper’s “Motion To Withdraw Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT and HOLMAN, JJ.

DELIVERED: January 27, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.